IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
MAR - 8 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

LAWANNA RENEE POGUE,
a/k/a Lawanna R. Carshall,

    *Defendant.*

SEALED

Case No. CR 23-040 RAW

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**FELON IN POSSESSION OF A FIREARM**
**[18 U.S.C. §§ 922(g)(1) & 924(a)(8)]**

On or about December 25, 2022, in the Eastern District of Oklahoma, the defendant, **LAWANNA RENEE POGUE, a/k/a Lawanna R. Carshall,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm, to wit: one (1) .22LR Ruger 10/22 weapon made from a rifle bearing serial number 249-46118, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION
**[18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Count One of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), the defendant, **LAWANNA RENEE POGUE, a/k/a Lawanna R. Carshall,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) .22LR Ruger 10/22 weapon made from a rifle bearing serial number 249-46118.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Joshua Satter*
JOSHUA SATTER, NYBA # 5477112
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY